## DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

WINSTON FRANCIS, JR., as the personal
representative of the Estate of Winston
Francis, Sr.[,] and as the administrator of the          2006-CV-0082
Estate of Winston Francis, Sr.,

                              Plaintiff,

         v.

BANK OF NOVA SCOTIA,

                              Defendant.
_____

TO:    Joel H. Holt, Esq.
       James Bernier, Jr., Esq.


## ORDER REGARDING PLAINTIFF'S MOTION FOR SANCTIONS

THIS MATTER came before the Court upon Plaintiff's Motion For Sanctions (Docket

No. 169).  Defendant filed an opposition to said motion, and Plaintiff filed a reply thereto.

Plaintiff seeks sanctions pursuant to LRCi 3.2(f)(2), alleging that a representative of

the insurance carrier for Defendant was not present at either the first or the second

mediation held in this matter as required by LRCi 3.2(f)(2)(B).  While Defendant admits that

Defendant has excess insurance coverage, its primary insurance is provided by

ScotiaInsurance which is wholly owned by Defendant.  Response in Opposition at 1.

*Francis  v. The Bank of Nova Scotia*
2006-CV-0082
Order Denying Plaintiff's Motion For Reconsideration
Page 2

Defendant further maintains that the party representative who was in attendance at both mediations was "authorized to act on behalf of ScotiaInsurance and the excess carriers at mediation." *Id*. at 2.

Based upon the representations of Defendant, that its representative had full authority to settle the matter without further consultation, the Court finds that Defendant did not violate the requirements of LRCi 3.2(f)(2).

Accordingly, it is now hereby **ORDERED** Plaintiff's Motion For Sanctions (Docket No. 169) is **DENIED**.

ENTER:

Dated: June 11, 2008                          _____/s/_____
                                              GEORGE W. CANNON, JR.
                                              U.S. MAGISTRATE JUDGE